IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MOTIVATION MARINE LIMITED | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 2:10-cv-49 |
| VS. | § | ADMIRALTY |
| | § | Fed. R. Civ. Pro. 9 (h) |
| GREAT ELEPHANT CORPORATION, | § | |
| *in personam* | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, Motivation Marine Limited, through its attorneys, Chaffe McCall, L.L.P., and, pursuant to Rule 41(a)(1)(A)(i), files this its stipulation of voluntary dismissal of action without prejudice and would respectfully show as follows:

1. Plaintiff, Motivation Marine Limited, filed its Verified Original Complaint on or about February 11, 2010, against Great Elephant Corporation.

2. No party has served an Answer or a Motion for Summary Judgment.

WHEREFORE, Plaintiff, Motivation Marine Limited, respectfully files this its Stipulation of Dismissal Without Prejudice.

Dated:  February 12, 2010.

Respectfully submitted,

/s/ Kevin P. Walters
Kevin P. Walters
Federal I.D. No. 5649
Texas State Bar No. 20818000
Prisidha A. Govender
Texas State Bar No. 24045963
Federal I.D. No. 78272
Josh B. Marino, III
Texas State Bar No. 24060221
815 Walker Street, Suite 953
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806

ATTORNEYS FOR PLAINTIFF,
MOTIVATION MARINE LIMITED

OF COUNSEL:
CHAFFE McCALL, L.L.P.